UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FILED**

2003 AUG -5 ¡P 2: 16

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

INTERNATIONAL TOOL MACHINES
OF FLORIDA, INC., a Florida
Corporation,

CASE NO.:
JUDGE:

3:03-cv-639-J-21 HTS

       Plaintiff,

vs.

IRWIN INDUSTRIAL TOOL COMPANY
f/k/a AMERICAN TOOL COMPANIES,
INC., a Delaware Corporation,

       Defendant.

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, **INTERNATIONAL TOOL MACHINES OF FLORIDA, INC., a Florida Corporation** (hereinafter "**ITM**"), sues Defendant **IRWIN INDUSTRIAL TOOL COMPANY f/k/a AMERICAN TOOL COMPANIES, INC. a Delaware Corporation** (hereinafter "**ATC**"), by counsel undersigned, and alleges:

### JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to the provisions of 28 U.S.C. §1332.

2.  Plaintiff **ITM** now is, and at all times mentioned was, a corporation duly organized and existing under the laws of the State of Florida engaged in the business of manufacturing grinding machines, with its principal place of business located at Palm Coast, Flagler County, Florida, and all payments from Defendant **ATC** to Plaintiff **ITM** were due in Palm

Coast, Flagler County, Florida.

3.   Defendant **ATC** now is, and at all times mentioned was, a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business located in Wilmington, Ohio.

### COUNT I

4.   On or about April 4, 2002, Defendant **ATC** placed Purchase Order 032687, under the terms of which Defendant **ATC** agreed to purchase machinery to be specially manufactured by Plaintiff **ITM** for Defendant, and Defendant agreed to pay in Palm Coast, Flagler County, Florida, the sum of $434,800.00, pursuant to Exhibit "A" attached hereto.

5.   On or about March 6, 2002, in accordance with past dealings of the parties, the Defendant **ATC** paid a deposit of $4,348.00, 1% of the contract price.

6.   On or about April 4, 2002, by terms of the agreement between the parties, and in accordance with past dealings between the parties, the Defendant **ATC** paid the first down payment in the amount of $39,132.00, 9% of the contract price, and Plaintiff **ITM** designed and ordered specialized parts and commenced manufacturing the machinery for Defendant.

7.   On or about April 11, 2002, Plaintiff **ITM** confirmed Purchase Order 032687 in writing to Defendant **ATC**. See Exhibit "B".

8.   On or about April, 2002, by terms of the agreement between the

2

parties, and in accordance with past dealings between the parties, the Defendant **ATC** paid an advance payment of $21,740.00, 5% of the contract price.

9.   Plaintiff **ITM** did in fact manufacture the machinery at issue for delivery to Defendant **ATC**.  See attached correspondence between the parties as to delivery.  (Composite Exhibit "C").

10.  On or about September 18, 2002, which was two weeks prior to the scheduled run-off, Defendant **ATC** verbally advised Plaintiff **ITM** not to "put any money into the machine" since the Defendant no longer wanted to purchase the machine.

11.  On September 19, 2002, Plaintiff **ITM** confirmed by fax letter that the machinery had been completed many weeks prior, and that Defendant **ATC** had contacted Plaintiff **ITM** to cancel the delivery.  Plaintiff **ITM** demanded a payment of at least $250,000.00 to cover the cost invested in the project.  See Exhibit "D".

12.  On or about September 23, 2002, Defendant **ATC** verbally offered Plaintiff **ITM** $160,000.00 to terminate the contract for the machine.

13.  On or about September 23, 2002, pursuant to the above-mentioned telephone conversation with Defendant **ATC**, Plaintiff **ITM** forwarded a breakdown of the cost of parts used to manufacture the machinery.  See Exhibit "E".

3

14. On or about October 23, 2002, due to Defendant's breach, Plaintiff **ITM** suspended all services and warranties on **ITM** machines. See Exhibit "F".

15. On or about October 29, 2002, Plaintiff **ITM** again sent Defendant **ATC** a demand for payment for acceptance of the machine ordered. See Exhibit "G".

16. On or about October 31, 2002, Plaintiff **ITM** forwarded Defendant **ATC** an addendum to the contract which, if executed, would cure the breach and allow the project to continue. See Exhibit "H".

17. On or about October 31, 2002 and November 1, 2002, Plaintiff **ITM** and Defendant **ATC** engaged in correspondence regarding technical details of the project. See Composite Exhibit "I".

18. On or about November 4, 2002 Defendant **ATC** rejected the proposed addendum to the contract and proposed an alternate and materially different addendum to Plaintiff **ITM**. See Exhibit "J".

19. On or about January 6, 2003, Defendant **ATC** reaffirmed its offer to bring the project up to date, but has continued to fail to do so. See Exhibit "K".

20. On or about January 8, 2003, Plaintiff **ITM** forwarded confirmation to Defendant **ATC** that the cancelled order could be reinstated, requested a progress payment, and confirmed its willingness and ability to make the necessary adjustments to

4

get the project going again.  Exhibit "L".

21.  From about January 9, 2003 through January 16, 2003, the parties exchanged communications regarding technical details of completing the project.  See Composite Exhibit "M".

22.  On or about January 31, 2003, Defendant **ATC** again orally cancelled the order.

23.  On or about February 3, 2003, Plaintiff **ITM** responded in writing to Defendant **ATC**'s oral cancellation.  See Exhibit "N".

24.  From about February 4, 2003 through March 6, 2003, the parties engaged in correspondence regarding alternate proposals to cure the breach, which ultimately were unsuccessful.

25.  Plaintiff **ITM** has completed manufacture of the machine and was ready and willing to deliver the machine to Defendant **ATC**.

26.  The order was cancelled by Defendant **ATC**.

27.  Plaintiff **ITM**, at all times mentioned, was and is still ready, willing, and able to perform the agreement and deliver the machine.  Defendant **ATC** has failed and refused to perform under the agreement and has wholly repudiated the agreement.

28.  Plaintiff **ITM** has been damaged in an amount in excess of $369,580.00, a sum representing the difference between the value of the machine less the sum of $65,220.00 paid by Defendant **ATC**.

29.  As a further result of Defendant **ATC's** repudiation and breach

5

of the contract, Plaintiff **ITM** has incurred further damages in an amount in excess of $100.00 per day for storage of the machinery.

30. Plaintiff **ITM** was damaged in that it was unable to pay obligations to third parties in the approximate amount of $90,000.00.

**WHEREFORE**, Plaintiff **ITM**, demands judgment against Defendant, **ATC**, for:

a.   Compensatory damages in the amount of $369,580.00.

b.   Incidental damages in the amount of $100.00 per day for storage.

c.   Interest on the damages according to law.

d.   Cost of suit.

e.   Attorney's fees in an amount determined by the Court to be reasonable.

f.   Such other and further relief as the Court may deem proper.

g.   Trial by jury.

### COUNT II

31. Plaintiff realleges paragraphs 1, 2, and 3 and incorporates those paragraphs herein.

32. On or about April 4, 2002, Defendant **ATC** placed Purchase Order 032688, under the terms of which Defendant **ATC** agreed to purchase a filtration system to be used with ITM MSG-Stepdrill

Grinder, to be specially manufactured by Plaintiff **ITM** for Defendant, and Defendant agreed to pay in Palm Coast, Flagler County, Florida, the sum of $86,063.00, pursuant to Exhibit "O" attached hereto.

33. By terms of the agreement between the parties, and in accordance with past dealings between the parties, the Defendant **ATC** paid a deposit of $43,031.50, 50% of the contract price, and Plaintiff **ITM** designed and ordered specialized parts and commenced manufacturing the filtration system for Defendant.

34. On or about September 18, 2002, which was two weeks prior to the scheduled run-off of the ITM MSG-Stepdrill Grinder, Defendant **ATC** verbally advised Plaintiff **ITM** not to "put any money into the machine" since the Defendant no longer wanted to purchase the machine.

35. Plaintiff **ITM** has completed manufacture of the filtration system and was ready and willing to deliver the machinery to Defendant **ATC**.

36. The order was cancelled by Defendant **ATC**.

37. Plaintiff **ITM**, at all times mentioned, was and is still ready, willing, and able to perform the agreement and deliver the machine.  Defendant **ATC** has failed and refused to perform under the agreement and has wholly repudiated the agreement.

38. Plaintiff **ITM** has been damaged in an amount in excess of

7

$43,031.50, a sum representing the difference between the value of the filtration system less the sum of $43,031.50 paid by Defendant **ATC**.

39. As a further result of Defendant **ATC's** repudiation and breach of the contract, Plaintiff **ITM** has incurred further damages in an amount in excess of $100.00 per day for storage of the machinery.

WHEREFORE, Plaintiff **ITM**, demands judgment against Defendant, **ATC**, for:

   a.   Compensatory damages in the amount of $43,031.50.

   b.   Incidental damages in the amount of $100.00 per day for storage.

   c.   Interest on the damages according to law.

   d.   Cost of suit.

   e.   Attorney's fees in an amount determined by the Court to be reasonable.

   f.   Such other and further relief as the Court may deem proper.

   g.   Trial by jury.

## COUNT III

40. Plaintiff realleges paragraphs 1, 2, and 3 and incorporates those paragraphs herein.

41. This is an action for damages that exceed $412,611.50.

42. Before the institution of this action Plaintiff, **ITM**, and

Defendant, **ATC**, have had business transactions between them, and they agreed to the resulting balance.

43.   Defendant, **ATC**, rendered confirmation of the balance to the Plaintiff, **ITM**, and Plaintiff rendered a statement to Defendant.

**WHEREFORE**, Plaintiff, **ITM**, demands judgment against Defendant, **ATC**, for damages for:

a.   Compensatory damages in the amount of $412,611.50.

b.   Interest on the damages according to law.

c.   Cost of suit.

d.   Such other and further relief as the Court may deem proper.

E.   Trial by jury.

Respectfully submitted this _____ day of August, 2003

DIEGO HANDEL, ESQUIRE
Florida Bar No. 384429
GLASSER AND HANDEL
150 S. Palmetto Ave., Box N
Daytona Beach, FL 32114
Telephone: (386) 252-0175
Facsimile: (386) 248-2237
Attorney for Plaintiff

F:\FILES\C\ITM\ATC\complaint

9


**AMERICAN TOOL**
**COMPANIES, INC.**

www.americantool.com

**PURCHASE ORDER**

MSDS SHEETS REQUIRED

Taxable Items

Page:1

Created: APR 04 2002

Name:   ITM
Address: International Tool Machines of Florida Inc.
         6 Industry Drive
         Palm Coast, FL. 32137

| | | | |
|---|---|---|---|
| PO Number: 032687 | Corp PO #: AR-02-010 | Promised: | 07/12/02 |
| | FOB: ORIGIN | Code: | J.D. |
| Department: | Terms: SEE M.O.U. | Ship Via: | SEE BELOW |
| Confirmed: No | Freight Options: | | |

SHIP TO:
American Tool Co., Inc.
108 S. Pear St.
DeWitt, Ne. 68341

BILL TO:
American Tool Co., Inc.
ATTN: "ACCOUNTS PAYABLE"
Box 337
DeWitt, Ne. 68341

Per Memorandum of Understanding signed by Doug Custer and Karl Giebmanns.

Confirmation of this order is required. Please fax to (402) 683-1575.

| | | | |
|---|---|---|---|
| 1.00 EA | 081387 | $434800.0000 EA | 434800.0000 |
| | AR-230-20420-02-010 | ITM GRINDER WITH PURCHASE ORDER | |
| | | TERMS FINALIZED 04/04/2002 AS PER | |
| | | MEMORANDUM OF UNDERSTANDING SIGNED | |
| | | BY DOUG CUSTER AND KARL GIEBMANNS. | |
| | | DATED 03/13/2002 | |

CONTINUED NEXT PAGE...            Exhibit A

# AMERICAN TOOL
## COMPANIES, INC.

**PURCHASE ORDER**

MSDS SHEETS REQUIRED

**Taxable Items**

www.americantool.com

Page:2

Created: APR 04 2002

Name:      ITM
Address:   International Tool Machines of Florida Inc.
           5 Industry Drive
           Palm Coast, FL.  32137

| | | |
|---|---|---|
| **PO Number:** 032687 | **Corp PO #:** AR-02-010 | **Promised:** 07/12/02 |
| | **FOB:** ORIGIN | **Code:** J.D. |
| **Department:** | **Terms:** SEE M.O.U. | **Ship Via:** SEE BELOW |

1% Payment was sent on 3/6/02 in the amount of $4,348.00.   Remaining 9%
of first downpayment to be sent with P.O. in the amount of $39,132.00.

If Truck, Contact Lisa Fikar at
(402) 683-1525, Ext. 614 for Routing Instructions.

Failure to Contact Lisa will result in a Debit Back for the
Difference in Freight Costs.

Notify Jason Detweiler when this arrives in house.

CC: Adrienne Widick, Jason Detweiler, Chris Cole, Karla Hays, Deb Johnson,
Anita Bartels.

---

$ 434800.0000

BY:                                    Debra Johnson

# AMERICAN TOOL
**COMPANIES, INC.**

*American Tool Companies, Inc.*
*Memorandum of Understanding*
*International Tool Machines of Florida Inc.*
*13 March 2002*

The following are notes from the meeting between American Tool Companies, Inc., and International Tool Machines of Florida Inc. on 13 March 2002. This Memorandum of Understanding represents both companies mutual understanding of International Tool Machines of Florida Inc. best and final offer to American Tool Companies, Inc. as of the date signed for each of the issues addressed below.

American Tool Companies, Inc. agrees to purchase for the production of the following Unibit Conical Drills:

1MC
2MC
3MC

4MC  // To be determined.  May have milled flute to start and have to be
      hand loaded.
5MC  // To be determined.  May have milled flute to start and have to be
      hand loaded.

and the following Unibit Step drills:

#1
#4

### *ITM MSG-STEPDRILL GRINDER*                    $418,320.00

### *INCLUDES:*

- *Three grinding stations*
- *Automatic Robot Loading and unloading stations with pallet system*
- *2 GE Fanuc 16i multi-channel CNC control*
    - *one dual channel control for fluting and stepping or coning,*
    - *one single channel control for pointing*
- *All pointing and Straight Flute Software*
- *Orbital or Rotary Motion Transport System with independent shuttles for accurate and fast part exchange from station to station*
- *Automatic lubrication system1*
- *Coolant assembly for high-pressure coolant supply*
- *Necessary grinding spindles including*
    - *one (1) 30 HP fluting spindle,*
    - *one (1) 10 HP coning spindle*

1

**AMERICAN TOOL**
COMPANIES, INC.

*International Tool Machines of Florida Inc*
*Memorandum of Understanding*

- o  *one (1) 5 HP pointing spindle*
- o  *480 volt 3-phase 80 amp feeder capacity*
- *Flute, Step and Pointing work heads to accept C3 collets*
- *Allen Bradley Electrical control components requested.*
- *Diamond tooling is not included but ITM will give us a formal quote as tooling is developed.*
- *One complete set of tooling required to run the five (5) cone drills and two (2) step drills, which will include all collets, collet closers and adapters, tailstock centers, pointing bushings and required holders, grippers for shuttle and cassette loading, and cassettes for loading system as shown in tooling quote. Cost will be split between ATC and ITM.*
- *American Tool Companies, Inc. to be responsible for cost of diamond dresser tooling, and additional/duplicate items to expedite changeover time.*
- *International Tool Machines of Florida Inc. will supply all drawings of wear items and perishable tooling.*
- *ITM to supply grinding wheels for testing and run-off of all parts as listed below.*

**Three (3) Two Axis CNC Dressers for Step grinding**          **$16,480.00**
   *One (1) dresser per spindle.*

- *Abrasive and dresser cost not to exceed .045 cents per part.*


**Packing and Crating**                                        **$1,800.00**

**Filtration System:**

We will be using an International Tool Machines of Florida, Inc. diatomaceous earth filter system, Model #AFS-8-200 as outlined in a separate Memorandum.

**The following is a listing of criteria that must be agreed upon between American Tool Companies, Inc., and ITM before a purchase order can be issued.**

**Change Over Times**

Time to change machine from one cone drill to another cone drill or from one cone drill to one step drill or vise versa should not exceed thirty (30) minutes maximum providing wheel has been prepared ahead of time.

2

APR-03-2002  16:35          AMERICAN TOOL CO.                    402 693 4905    P.04/



**AMERICAN TOOL**
COMPANIES, INC.

*International Tool Machines of Florida Inc*
*Memorandum of Understanding*

### Cycle Times

- Cycle time is considered to be the time it takes from the expelling of a single finished part until the expelling of the next finished part.
- The following Predetermined Cycle Times must be met before approval can be completed.

   **Cone Drills**
   1MC = 45 Seconds
   2MC = 90 Seconds
   3MC = 2 Minutes

   **Step Drills**
   #1 = 38 Seconds
   #4 = 43 Seconds

### Run-Off Approval

- ITM will do a runoff of each of the parts listed below at ITM without interruption for 1 hour each.

- **Cone Drills**
   1MC
   2MC
   3MC
- **Step Drills**
   #1
   #4

- Run-Off approval must include maximum change over time not to exceed 30 minutes.

- Once the machine has arrived in DeWitt there will be a second runoff and approval of all previously listed parts.

### Quality:

- Blanks shipped to ITM and finished product shipped from ITM to ACT will be gauged and must conform to inspection prints.



**AMERICAN TOOL**
COMPANIES, INC.

*International Tool Machines of Florida Inc*
*Memorandum of Understanding*

---

o  *Mutual agreement will be reached as to specifications on these inspection prints*

o  The method of measurement of axial and radial reliefs will be specified by Jason Detweiler.

o  Surface Finish on all ground areas except flute will be 80-90 RMS.

### Warranty:

- Warranty shall be for one (1) year as per attached ITM Terms and Conditions of sale (ITM-1B), beginning upon startup at ATC facility.

### Terms and Conditions of Sale:

- 10% Down payment:      $     43,480.00
  *Due with issuance of Purchase Order*

- 5% Advance Payment:    $     21,740.00
  *Due April*

- 75% Acceptance Payment $     326,100.00
  *Due after acceptance of the machine at ITM facility in Palm Coast before shipment.*

- 10% Final Payment:       $     43,480.00
  *Due after training has been completed and final written acceptance has been made in DeWitt, NE.*

### Delivery:

- The delivery time of this machine is 12-14 weeks after receipt of written Purchase Order.

4



*International Tool Machines of Florida Inc*
*Memorandum of Understanding*

### Training:

- Training at ITM facility in Palm Coast until trainees have a complete and total understanding of machine and software programs at no charge. One week training and installation at customer site at no charge.

- Any additional training and installation at customer site charged at ITM's standard daily service charge of $800.00 per day plus expenses.

### ATC's Approval Conditions:

- The above machine must perform all criteria listed above or American Tool Companies, Inc., will require 100% refund of all funds previously paid to International Tool Machines of Florida Inc. within fifteen (15) days and the order of this machine will be cancelled immediately.

### Machine Change Authorization:

- Jason Detweiler will be the only person having the authorization to make any change to this machine or any of its components. This includes any of American Tool Companies part prints. All changes must be made per written notification and must have Jason's signature of approval attached.

This Memorandum of Understanding between American Tool Companies, Inc., and International Tool Machines of Florida Inc., represents both companies' mutual understanding of International Tool Machines of Florida Inc., best and final offer to American Tool Companies, Inc. as of the date signed.

*This document is confidential and neither American Tool Companies, Inc., nor International Tool Machines of Florida Inc. shall discuss, disseminate or otherwise disclose this document or its contents to any third party.*

**AMERICAN TOOL**
COMPANIES, INC.

*International Tool Machines of Florida Inc*
*Memorandum of Understanding*

## Agreed by:

American Tool Companies, Inc.

Signature: _Doug C_____

Print Name: _Doug Custer_

Title: _Director_

Date: _4/4/02_

International Tool Machines of Florida, Inc.

Signature: _____

Print Name: _L. H. Giebmanns_

Title: _President_

Date: _4/4/02_

6

# INTERNATIONAL TOOL MACHINES OF FLORIDA INC.

**USA**
Tel: 001-386-446-0500
Fax: 001-386-445-5700
Email: ITM@pcfl.net



ITM ®

www.itmfl.com

**EUROPE**
Tel: 49-(0)6235-457770
Fax: 49-(0)6235-457771
Email: ITM@pcfl.net

## ADVANTAGE THROUGH KNOWLEDGE

| TO: | FROM: |
|---|---|
| Doug Custer | Frank Holubeck. |
| **COMPANY:** | **DATE:** |
| American Tool Company | 4-11-02 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| [1] (402) 683-5800 | 1 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| [1] (402) 683-1575 | |
| **RE:** | **YOUR REFERENCE NUMBER:** |

*Fat*

◆ URGENT   ◆ FOR REVIEW   ◆ PLEASE COMMENT   ◆ PLEASE REPLY   ◆ PLEASE RECYCLE

NOTES/COMMENTS:

### Order Confirmation

Herby we confirm your order 032687 for one Multi Station ITM Grinder for production of Conebits and Unibits and 032688 for one ITM AFS-8-200 Filtration System.

Please call if you have any questions.

Sincerely,

Frank Holubeck

Exhibit B

**IITM**

| | |
|---|---|
| **From:** | "Pat Mitchell" <PATM@americantool.com> |
| **To:** | "Jason Detweiler" <JasonD@americantool.com> |
| **Cc:** | "Lisa Fikar" <Lisa@americantool.com> |
| **Sent:** | Friday, July 19, 2002 11:07 AM |
| **Subject:** | Re: Shipment of ITM Grinder and Filtration |

Jason,

Please ask them to obtain quotes, but to also advise us of weights and dimensions of the machines so we can obtain our own quotes.  Also, please ask that they contact us for shipping instructions so that we can decide whether we will use their carrier or ours.

We will need to know the shipping address and the delivery address/building.  Thanks.
Pat

>>> Jason Detweiler 07/19/02 09:26AM >>>
Pat-

We have a multi-station grinder and filtration unit on order from ITM in Florida, and I now have an answer of when the machine will be ready.  Do we want ITM to get quotes for shipping or do we want to take care of that on our end?  The equipment will be ready for pickup later in the week of August 19th, and I am not sure if both units will fit on one truck or not.  They also ask that we use a step deck air ride trailer, if that is significant.  Let me know what needs to be done to arrange shipping.  We will be scheduling heavy to unload.

International Tool Machines of Florida, Inc.
5 Industry Drive
Palm Coast, Florida 32137
(386)446-0500
Frank Holubeck

Thanks,
Jason Detweiler
Engineering x237

Exhibit C                    7/19/02

## IITM

| | |
|---|---|
| **From:** | "IITM" <iitm@pcfl.net> |
| **To:** | "Jason Detweiler" |
| **Sent:** | Thursday, August 08, 2002 2:16 PM |
| **Subject:** | ITM Timeline |

Hello Jason,

Following please find our proposed timeline:

Pre Training:              Aug 12th through Aug 16th

Run-off/ Acceptance:    Sep 3rd through Sep 6th

Additional Training:     Sep 9th through Sep 13th

As for balancing I spoke with Karl and he recommends that you purchase one of the following portable balancing units that allow you to balance the wheels in the machine.  The manufacturer doesn't guarantee spindles that get damaged due to unbalanced wheels!

Noritake Balance Eye BC-R5300        $  8,500

Noritake Balance eye Mini BC-R6300   $  6,600

I will fax the data sheets for each unit to you immediately.

We are authorized Noritake Dealer and you can purchase the units directly from us.

Call me if you have any questions.

Best Regards,

Frank Holubeck

8/8/02

INTERNATIONAL TOOL MACHINES OF FLORIDA INC.

**USA**
Tel: 001-386-446-0500
Fax: 001-386-445-5700
Email: IITM@pcfl.net



**EUROPE**
Tel: 49-(0)6235-457770
Fax: 49-(0)6235-457771
Email: IITM@pcfl.net

www.itmfl.com

## ADVANTAGE THROUGH KNOWLEDGE

| TO: | | FROM: | |
|---|---|---|---|
| Jason Detweiler | | Frank Holubeck. | |
| COMPANY: | | DATE: | |
| American Tool Company | | 8-8-02 | |
| FAX NUMBER: | | TOTAL NO. OF PAGES INCLUDING COVER: | |
| [1] (402) 683-5800 | | 2 | |
| PHONE NUMBER: | | SENDER'S REFERENCE NUMBER: | |
| [1] (402) 683-1525 | | | |
| RE: | | YOUR REFERENCE NUMBER: | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dear Jason,

Following please find a quote for shipment of the MSG machine and Filter from Palm Coast to DeWitt.

Let us know if you decide to go with our shipping agent.

Best Regards,

Frank Holubeck

TEL: Aug 05,02 6:54 No.001 P.0



231 East 9th Street, Leadville, Colorado 80461  (719) 486-2800  FAX  (719) 486-2522



| **To:** | Shri Skrzypinski | **From:** | Bob Wallace |
|---|---|---|---|
| **Fax:** | 386.445.5700 | **Pages:** | 1 |
| **Phone:** | 386.446.0500 | **Date:** | August 5, 2002 |
| **Re:** | Move to DeWitt NE | **CC:** | file |

☐ **Urgent**     ☐ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

● **Comments:** Our quote for the above move originating from Palm Coast FL, utilizing air-ride step deck, machine and filtration unit tarped is as follows:

| | | |
|---|---|---|
| Line haul | 1438 @ $1.55 per mile | $2,228.90 |
| Fuel Surcharge 2.4% (present rate) | | $    53.49 |
| Tarp Charge | | $    75.00 |
| Insurance above $150,000.00 to $500,000.00 | | $   450.00 |
| Total | | $2796.39 |

We did find 1 carrier with a lower quote, however we are not confident as to their availability.  If at the time the machine is available to ship this carrier is available we could be able to reduce the above quote by $500.00 or more.  If consignee or shipper provide insurance coverage the $450.00 above for insurance would be eliminated.  Any questions please call.

Bob

INTERNATIONAL TOOL MACHINES OF FLORIDA INC.

**USA**
Tel: 001-386-446-0500
Fax: 001-386-445-5700
Email: IITM@pcfl.net



**EUROPE**
Tel: 49-(0)6235-457770
Fax: 49-(0)6235-457771
Email: IITM@pcfl.net

www.itmfl.com

## ADVANTAGE THROUGH KNOWLEDGE

| TO: | FROM: |
|---|---|
| Doug Custer | Karl Giebmanns |

| COMPANY: | DATE: |
|---|---|
| American Tool Company | 9-19-02 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| [1] (402) 683-5800 | 1 |

| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|
| [1] (402) 683-1525 | |

| RE: | YOUR REFERENCE NUMBER: |
|---|---|
| | |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Hello Doug,

In reference to our recent phone conversation we are astonished that ATC is contemplating not taking delivery of the MSG Grinding Machine and the Filtration System designed and built specifically for ATC. Both units were completed many weeks ago, primarily at our expense.

With your order we expected an income in excess of $ 400,000 this month, which we do not have now. By canceling your order you put ITM in a critical position.

Therefore it is of particular importance that you make a payment of at least $ 250,000 to cover the cost we invested in your project to date, excluding labor and related expenses.

This matter is of exigent concern and must be addressed immediately.

Please don't hesitate to call us if you have any questions.

Sincerely,

Karl Heinz Giebmanns

5 INDUSTRY DRIVE
PALM COAST, FLORIDA 32137
TEL: (386) 446-0500
FAX: (386) 445-5700

Exhibit D

**IITM**

| | |
|---|---|
| **From:** | "IITM" <iitm@pcfl.net> |
| **To:** | <Jeff.Stewart@newellco.com> |
| **Sent:** | Monday, September 23, 2002 5:02 |
| **Attach:** | MSG4VC Cost.xls |
| **Subject:** | Cost for ITM MSG StepDrill Grinder |

Dear Jeff,

In reference to our phone conversation, attached please find a list of the cost of each assembly used on the machine and the filter system.  We can certainly send you detailed master lists showing every part, however, this would be hundreds of pages.

I would like to emphasize that we would like to work with your company in the future and would also like to offer our help in either getting the other ITM machines you have working as they are supposed to be, or trying to help you in selling the machines if there is absolutely no way you can use them in the future.

On Wednesday (September 25, 2002) afternoon I am leaving for Europe and I will be back in the office on October 3, 2002.

If you have any questions please do not hesitate to contact us.

Sincerely,


Karl H. Giebmanns

# MSG4VC-3

| | | |
|---|---:|---|
| 01901.12 Hood Assy | $ 8,686.59 | |
| 01950.42 Guided Fixed C3 Collet | $ 1,623.00 | (2 per machine) |
| 01950.43 Guided Fixed W12 | $ 869.00 | |
| 01950.60 Pointing Bushing Platform | $ 2,063.92 | |
| 01950.62 Electric Motor Dresser | $ 2,389.00 | |
| 01950.72 Pointing | $ 24,700.56 | |
| 01950.82 Vogel Lub. | $ 2,958.56 | |
| 01950.90 Wheelholder | $ 634.00 | |
| 01950.91 Wheelholder | $ 748.50 | |
| 01950.99 Wheelholder | $ 749.49 | |
| 01960.07 Operator Panel | $ 2,703.84 | |
| 01960.09 Electrical & Hyd. | $ 39,053.50 | |
| 01960.10 Base | $ 20,756.58 | |
| 01960.14 Coolant Fitting | $ 583.50 | |
| 01960.20 Wheel Cleaning | $ 657.20 | |
| 01960.30 Fluting | $ 14,706.50 | |
| 01960.33 Flute Spindle | $ 17,187.54 | |
| 01960.34 Fixed Clearance | $ 18,571.95 | |
| 01960.46 A & X Axis | $ 18,247.46 | |
| 01960.60 Syncronized | $ 7,610.18 | (2 per machine) |
| 01960.64 Guided Collet Support | $ 1,049.74 | (2 per machine) |
| 01960.65 Tool Point Support | $ 6,816.56 | (2 per machine) |
| 01960.71 Pointing Support | $ 1,047.74 | |
| 01960.73 Tool Transfer Assy | $ 583.50 | |
| 01960.74 Cassette Table | $ 9,550.49 | |
| 01960.75 Loader | $ 4,978.40 | |
| 01960.81 Loader Shuttle | $ 16,305.90 | |
| 01960.86 Jaws | $ 2,985.00 | |
| 02100.15 Coolant Level Ind | $ 251.32 | |
| Fanuc Control | $ 69,065.00 | |
| 00300.09 Sludge Dryer | $ 7,300.00 | |
| 00300.10 Filter Machine | $ 16,813.64 | |
| 00300.13 Fittings | $ 3,120.57 | |
| Additional Parts | $ 1,148.49 | |
| Chiller Unit | $ 17,220.00 | |
| Vogel Pump | $ 3,841.00 | |
| 00300.17 Micro Batch Feeder | $ 3,536.00 | |
| | $ 351,114.22 | |

INTERNATIONAL TOOL MACHINES OF FLORIDA INC.



---

### FACSIMILE TRANSMITTAL SHEET

| TO: Mr. Gary Hausdorf | FROM: Susanne Stoops |
|---|---|
| COMPANY: American Tool Co. | DATE: October 23, 2002 |
| FAX NUMBER: (715) 822-4314 | TOTAL NO. OF PAGES INCLUDING COVER: 1 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

---

notes/Comments:

Dear Gary,

Unfortunately we have to inform you that ITM will suspend all services and warranties on your ITM machines.

In our 22-year history we have never come across such rude and unethical business practices as currently exercised by your new Rubbermaid management. We would have preferred to send this letter to Mr. David Walsh and Mr. Jeff Stewart, however, we believe that they are completely ignorant and impolite. Therefore, we have no other way of shutting down our business relations with American Tool and will pursue all legal options available.

Sincerely,

Karl H. Giebmanns

5 INDUSTRY DRIVE
PALM COAST, FLORIDA 32137
TEL: (386) 446-0500
FAX: (386) 445-5700

Exhibit F



## *AEROPRECISION CORPORATION*

### *Facsimile Transmission Sheet*

TO:         <u>Mr. David Walsh – American Tool</u>

FROM:     <u>Jim Reindl – Aeroprecision Corporation</u>

DATE:     <u>          October 29, 2002          </u>

RE:          <u>Machine Pricing Documentation</u>

Number of Sheets Including Cover – Two (2)

Facsimile Transmission (704) 987-4340

Dear David:

Pursuant to our earlier telephone conversation, attached please find a breakdown of the contract costs we discussed in order to come current and enter the acceptance phase of the contract. Following are our wiring instructions to our bank account:

Bank of America<br>
ABA No. 063100277<br>
For Credit to:<br>
International Tool Machines of Florida, Inc.<br>
Account No. 3064886322

Please contact me if you have any questions.

I trust all is well. We look forward to working with your team in the near future.

Respectfully Submitted,

James G. Reindl
President & CEO

JGR:dmt 021029-11
cc:
File
Karl Giebmanns - ITM

901 Market Street<br>
Suite 330<br>
Wilmington, DE 19801

Exhibit G



INTERNATIONAL TOOL MACHINES OF FLORIDA IN
5 INDUSTRY DRIV
PALM COAST, FL 3213
U.S.A
TEL: (386) 446-050
FAX: (386) 445-570
EMAIL: IITM@PCFL.NE
www.ITMFL.CO'

Attn: Mr. Jim Reindl

American Tool

$ 326,100.00 for machine
$   43,031.50 for Filter
_____
$ 369,131.50 Due for acceptance of both.



## AEROPRECISION CORPORATION

### _Facsimile Transmission Sheet_

TO:             Mr. Jeff Stewart – American Tool

FROM:           Jim Reindl – Aeroprecision Corporation

DATE:                    October 31, 2002

RE:             Contract Addendum Language

Number of Sheets Including Cover – Two (2)

Facsimile Transmission (704) 987-4379

Dear Jeff:

Pursuant to our earlier telephone conversation, attached please find the language to the contract addendum that we had discussed.

Please contact me if you have any questions.

I trust all is well. We look forward to working with your team in the near future.

Respectfully Submitted,

James G. Reindl
President & CEO

JGR:dmt 021031-10
cc:
File
Karl Giebmanns - ITM

901 Market Street
Suite 330
Wilmington, DE 19801

Exhibit H

### *Addendum to Contract Dated April 4, 2002*

Addendum to Original Memorandum of Understanding
Between
American Tool Companies, Inc.
And
International Tool machines of Florida, Inc
Dated – 13 March 2002
Referencing ATC Purchase Orders 032687 & 032688 Respectively

1. American Tool Companies, Inc. agrees to transfer One Hundred and Sixty Thousand USD ($160,000 USD) for credit to the account of International Tool Machines of Florida, Inc. in order for ITM to begin work again on above referenced equipment. Wire transfer funds to:
   Bank of America
   ABA No. 063100277
   Account No. 3064886322

2. American Tool Companies, Inc. will be responsible for forwarding the drawings of the specific tools and the necessary geometry to International Tool Machines of Florida, Inc.

3. International Tool Machines of Florida, Inc. will work with American Tool Companies, Inc. Dewitt Plant personnel to establish the necessary run-off criteria.

4. Run-off procedures will be held at the International Tool Machines of Florida, Inc. facilities in Palm Coast, Florida on or before 15 December 2002.

5. Run-off criteria approval will not unreasonably be withheld or delayed.

American Tool Companies, Inc.          International Tool Machines of Florida, Inc.

by:_____          by:_____
     Jeff Stewart                                   Karl Giebmanns


date: _____          date: _____

# INTERNATIONAL TOOL MACHINES OF FLORIDA INC.

**USA**
Tel: 001-386-446-0500
Fax: 001-386-445-5700
Email: IITM@pcfl.net



**EUROPE**
Tel: 49-(0)6235-457770
Fax: 49-(0)6235-457771
Email: IITM@pcfl.net

www.itmfl.com

## ADVANTAGE THROUGH KNOWLEDGE

| TO: | FROM: |
|---|---|
| Doug Custer | Frank Holubeck. |
| **COMPANY:** | **DATE:** |
| American Tool Company | 10-31-02 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| [1] (402) 683-5800 | 2 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| [1] (402) 683-1525 | |
| **RE:** | **YOUR REFERENCE NUMBER:** |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Hello Doug,

Per your conversation with Karl I'm sending you a summary of where we believe we are standing today:

1. When using the flute depth of your existing tools, there is not enough core left to grind a premium point such as a split point or UFL point.

2. When grinding a shallower flute with your existing flute shape, a premium point can be ground, but we believe the cutting performance on the steps is not very good.

3. We believe the cutting performance on the steps can be improved by using a flute shape similar to the shape we recently ground on another Step Drill. One of these Drills will be sent to you today.

4. Grinding the relief step by step with a narrow CBN wheel can furthermore increase the cutting performance, because the relief amount and angle varies with each step according to the diameter. We used this approach on the sample that is being sent to you. The total cycle time for this tool including loading was approx. 90 seconds.

Exhibit I

Doug, to complete this project together we will have to find answers to the following:

A. What point geometry will be on the bits, Split Point, UFL Point or other?

B. What is the final flute shape, so that we can have better performing plated CBN wheels made?

C. What approach are we using to grind the steps, step by step with a narrow CBN wheel, or all steps simultaneously with a wide conventional wheel?

D. If we grind the steps with wide conventional wheels, should we order the high performance wheels from Switzerland that we located in the meantime?

E. Are Conebits still alive, if so which ones?

Please get back to us after you received the sample part so that we can discuss how to proceed.

Sincerely,

Frank Holubeck

## IITM

| | |
|---|---|
| **From:** | "Jason Detweiler" <JasonD@americantool.com> |
| **To:** | <iitm@pcfl.net> |
| **Cc:** | "Dan Peperkorn" <DanP.Dewitt.Nebraska@americantool.com>; "Doug Custer" <DougC.Dewitt.Nebraska@americantool.com>; "Gene Tyser" <GENE.Dewitt.Nebraska@americantool.com "Jason Detweiler" <JasonD.Dewitt.Nebraska@americantool.com>; "Jeff Stewart" <JeffSt.Dewitt.Nebraska@americantool.com> |
| **Sent:** | Friday, November 01, 2002 1:47 PM |
| **Attach:** | Runoff schedule.xls |
| **Subject:** | Response to ITM memo, Attn: Karl Geibmanns and Frank Holubeck |

Karl and Frank:

Here are the DeWitt group's responses to the questions you posed. Also, attached is a proposed runoff schedule, per the original memorandum of understanding. Any ne drawings and blanks would be provided.

Answers to ITM's questions presented in Oct. 31 memo:

A. What point geometry will be on the bits, split point, UFL point, or other?

UFL point, as ground on sample parts.

B. What is the final flute shape, so that we can have better performing plated CBN wheels made?

We are content with the performance of the current Unibit product concerning the flute design. The flute design given to ITM was intended to emulate the cutting edge of th current product, but with a rounded bottom to shallow the flute (giving greater web thickness) and to prolong grinding wheel life. If ITM is uncomfortable with this design, pl suggest alternatives and we will evaluate.

C. What approach are we using to grind the steps, step by step with a narrow CBN wheel, or all steps simultaneously with a wide conventional wheel?

This is at the discretion of ITM in order to meet cycle times as listed in the M.O.U. (#1=38 sec., #4=43 sec., #1MC=45 sec., #2MC=90 sec., #3MC=2 min.).

D. If we grind the steps with wide conventional wheels, should we order the high performance wheels from Switzerland that we located in the meantime?

This is at the discretion of ITM in order to meet the criteria listed in the M.O.U.   As agreed to in the M.O.U., ITM would supply grinding wheels for testing and run-off of all p listed below (in the M.O.U.).

E. Are Conebits still alive, if so which ones?

Yes, #1MC, #2MC, and #3MC as listed in the M.O.U. for the runoff.  Blanks are available.

Please see attached for proposed runoff schedule, per the Memorandum of Understanding.

Thank you

Jason Detweiler
American Tool Companies
108 South Pear Street
DeWitt, NE 68341
(402)683-1525 ext. 237
(402)683-4905 fax
jasond@americantool.com

11/

Jeffrey R. Stewart
Sourcing Director,
American Tool Co. Power Tool Accessories
8936 Northpointe Executive Dr., Suite 250
Huntersville, NC 28078

704 - 987 - 4555

Mr. Jim Reindl
President & CEO
AeroPrecision Corporation
901 Market Street, Suite 330
Wilmington, DE 19801

November 4, 2002

Dear Jim,

This is in response to your proposed addendum to the Memorandums of Understanding between American Tool Companies, Inc. (ATC) and International Tool Machines of Florida, Inc., (ITM) dated March 13, 2002, and April 1, 2002. Your proposed addendum does not accurately reflect our telephone discussions of October 31, 2002. We believe the following more accurately sets forth our understanding respecting this addendum:

1. ITM hereby reconfirms that it is capable of and will make every effort to meet all conditions and criteria relating to cycle times, change-over times, run-off, and general quality requirements set forth in the MOU dated March 13, 2002.

2. Based on the foregoing assertion by ITM, ATC will agree to wire transfer $160,000 USD to Bank of America, ABA No. 063100277, Account No. 3064886322, within 5 business days. ITM agrees to use these funds exclusively for the production of a grinding machine to be tested by ATC.

3. ITM hereby confirms that it has received all drawings, specifications, and geometries necessary to produce one complete grinding machine. Said grinding machine will be available for testing by ATC at ITM's facilities in Palm Coast, Fla. on or before December 15, 2002.

4. ATC shall test and evaluate the machine on the basis of the cycle time, run-off, change-over and quality criteria set forth in the MOU dated March 13, 2002. Approval will not be withheld unless the machine fails to meet said criteria.

5. Upon approval of the machine by ATC, ITM shall commence work under the MOU and ATC shall pay ITM the remaining balance in accordance with the payment schedule set forth in the MOU dated March 13, 2002.

6. In the event the machines fail to meet the criteria and are not approved by ATC, ITM shall cease all work under the above MOUs and shall pay ATC a refund pursuant to the terms of the MOU, dated March 13, 2002.

If the above accurately reflects our understanding and agreement, please confirm by signing a copy of this letter and returning by fax.

Jeffrey R. Stewart, Sourcing Director
ATC Power Tool Accessories

Jim Reindl, President & CEO
Aeropecision Corporation

Exhibit J

**Schedule for Run-off**

|  |  | Cycle Time    (each part) |
|---|---|---|
| 8:00 | Start machine. |  |
| 8:00-9:00 | Run (80) #1 Cone drills | :45 |
| 9:00-9:30 | Changeover to #2 Cone drills |  |
| 9:30-10:30 | Run (40) #2 Cone drills | 1:30 |
| 10:30-11:00 | Changeover to #3 Cone drills |  |
| 11:00-12:00 | Run (30) #3 Cone drills | 2:00 |
| 12:00-12:30 | Changeover to #1 Step drills |  |
| 12:30-1:30 | Run (94) #1 Step drills | :38 |
| 1:30-2:00 | Changeover to #4 Step drills |  |
| 2:00-3:00 | Run (83) #4 Step drills | :43 |

Comments:  Parts will be inspected for axial and radial relief, burning, chatter, distortion, and any visual or performance defects.  Changeovers to be accomplished by one operator.





*Fax 386-445-5700*
*5 pages*

January 6, 2003

Frank Holubek
International Tool Machines of Florida
5 Industry Drive
Palm Coast, FL 32137

Dear Frank:

Per our discussion earlier today, it is our intent to make this grinder work. I would like to clear the air tomorrow and set a plan to get this machine run off as soon as possible. We should target the attached run-off schedule as stated in the MOU and use multi-step grinding as targeted. — We can use the run-off schedule as our goal and work together to meet these targets.
NOTE: I want this project to work.

I have attached the letter dated 11-04-02 from Stewart to Reindl for your review.

As I mentioned, we will plan on a 10:00 a.m. CST (11:00 your time) conference call tomorrow morning, January 7. Please call conference number 1-888-480-9201 and enter conference code 4026831525 when prompted.

Thanks,

Doug Custer
Director of Operations

Attachment

# INTERNATIONAL TOOL MACHINES OF FLORIDA INC.



---

## FACSIMILE TRANSMITTAL SHEET

| TO: Mr. Doug Custer | FROM: Karl H. Giebmanns |
|---|---|
| COMPANY: American Tool Co. | DATE: January 8, 2003 |
| FAX NUMBER: (402) 683-5800 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

---

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

---

notes/Comments:

Dear Doug,

In reference to your purchase order 032264 and 032688 for a grinding machine and filter, we all know that Newell canceled this order. I am happy to hear that you would like to purchase this machine and filter after all. I would like to state that we are anxious to work with you and your technicians to make this project work to your fullest satisfaction. In order to get a better handle on the learning processes and required accessories we agreed that initially we would set up the machine to grind Unibit number 1 and 4. As soon as we receive the progress payment we will initiate the necessary software changes to accommodate your geometry, as well as the purchase of clearance grinding wheels from Switzerland. Furthermore I will have Frank work out the list of what items and information is necessary to grind the Unibits, especially information we may still need from you.

We assure you that the machine as it stands here now, including filter is a finished product. We have ground several hundreds of Step Drills of different designs that have proven the capability and outcome of the tool. The tools we ground are of high quality. To make the machine work for you, it is necessary to gather the proper tool related accessories, which we will do as fast as possible.

5 INDUSTRY DRIVE
PALM COAST, FLORIDA 32137
TEL: (386) 446-0500
FAX: (386) 445-5700

Exhibit L

I am looking forward to working with you.  If you have any additional questions please do not hesitate to contact us.

Sincerely,

Karl H. Giebmanns

Enc. – Progress Payment Invoice



# AMERICAN TOOL
### COMPANIES, INC.

## *~~ Fax Cover Sheet*

**Date** *1-8-02*

**To** *Frank Holubek,*
*L.T.M.*

**Fax #** *386-445-5700*

**Message** *Per our discussion,*
*please see attached.*

**From** *Doug Custer*

You should receive __5__ pages. If not, please call Lisa at 402-683-1525 x601.

*108 South Pear Street, PO Box 337, DeWitt, NE 68341*
*Phone 402-683-1525    Fax 402-683-5800*

Exhibit M



INTERNATIONAL TOOL MACHINES OF FLORIDA INC.

| **USA** | **ITM®** | **EUROPE** |
|---|---|---|
| Tel: 001-386-446-0500 | | Tel: 49-(0)6235-457770 |
| Fax: 001-386-445-5700 | | Fax: 49-(0)6235-457771 |
| Email: ITM@pcfl.net | www.itmfl.com | Email: ITM@pcfl.net |

## ADVANTAGE THROUGH KNOWLEDGE

| TO: | FROM: |
|---|---|
| Doug Custer | Frank Hohlbeck |
| **COMPANY:** | **DATE:** |
| American Tool Company | 10-31-02 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| [1] (402) 683-5800 | 2 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| [1] (402) 683-1525 | |
| **RE:** | **YOUR REFERENCE NUMBER:** |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Hello Doug,

Per your conversation with Karl I'm sending you a summary of where we believe we are standing today:

1. When using the flute depth of your existing tools, there is not enough core left to grind a premium point such as a split point or UFL point.

2. When grinding a shallower flute with your existing flute shape, a premium point can be ground, but we believe the cutting performance on the steps is not very good.

3. We believe the cutting performance on the steps can be improved by using a flute shape similar to the shape we recently ground on another Step Drill. One of these Drills will be sent to you today.

4. Grinding the relief step by step with a narrow CBN wheel can furthermore increase the cutting performance, because the relief amount and angle varies with each step according to the diameter. We used this approach on the sample that is being sent to you. The total cycle time for this tool including loading was approx. 90 seconds.

JAN-08-2003  12:16        AMERICAN TOOL COMPANIES              402 683 5800      P.03/05

Doug, to complete this project together we will have to find answers to the following:

A.   What point geometry will be on the bits, Split Point, UFL Point or other?

B.   What is the final flute shape, so that we can have better performing plated CBN wheels made?

C.   What approach are we using to grind the steps, step by step with a narrow CBN wheel, or all steps simultaneously with a wide conventional wheel?

D.   If we grind the steps with wide conventional wheels, should we order the high performance wheels from Switzerland that we located in the meantime?

E.   Are Conebits still alive, if so which ones?

Please get back to us after you received the sample part so that we can discuss how to proceed.

Sincerely,

Frank Holubeck

## Doug Custer - Response to ITM memo of questions to be answered

**From:**     Jason Detweiler
**To:**       Dan Peperkorn;  Doug Custer;  Gene Tyser;  Jeff Stewart
**Date:**     10/31/2002 3:18 PM
**Subject:**  Response to ITM memo of questions to be answered
**CC:**       Jason Detweiler

Please reply with any comments or revisions.  This has not been sent to ITM at this point, please let me know if/when it should be sent.  Jeff, I will [..] this to you with ITM's memo as we have had difficulty with our-email the last few days.

Answers to ITM's questions presented in Oct. 31 memo:

**A. What point geometry will be on the bits, split point, UFL point, or other?**

UFL point, as ground on sample parts.

**B. What is the final flute shape, so that we can have better performing plated CBN wheels made?**

We are content with the performance of the current Unibit product concerning the flute design.  The flute design given to ITM was intended to emulat[e] the cutting edge of the current product, but with a rounded bottom to shallow the flute (giving greater web thickness) and to prolong grinding wheel life.  If ITM is uncomfortable with this design, please suggest alternatives and we will evaluate.

**C. What approach are we using to grind the steps, step by step with a narrow CBN wheel, or all steps simultaneously with a wide conventional wheel?**

This is at the discretion of ITM in order to meet cycle times as listed in the M.O.U. (#1=38 sec., #4=43 sec., #1MC=45 sec., #2MC=90 sec., #3MC=2[?] min.).

**D. If we grind the steps with wide conventional wheels, should we order the high performance wheels from Switzerland that we located in the meantime?**

This is at the discretion of ITM in order to meet the criteria listed in the M.O.U.  As agreed to in the M.O.U., ITM would supply grinding wheels for testing and runoff of all parts as listed below (in the M.O.U.).

**E. Are Conebits still alive, if so which ones?**

Yes, #1MC, #2MC, and #3MC as listed in the M.O.U. for the runoff.  Blanks are available.

Please see attached for proposed runoff schedule, per the Memorandum of Understanding.

Thank you

Jason Detweiler
American Tool Companies
108 South Pear Street
DeWitt, NE 68341
(402)683-1525 ext. 237
(402)683-4905 fax
jasond@americantool.com

## Issues List for ITM Grinder

When could ITM be ready for a runoff as described in the attached schedule?

If ITM has to purchase additional tooling (e.g. wheel flanges, grinding wheels) to do this runoff, who will be responsible for the cost, and will Newell/ATC purchase the extra tooling if the machine is accepted?  MOU states that ITM and ATC would split the cost.

When could ITM have programs ready and be ready to produce all bits specified for runoff?  DWT feels it necessary for all programming to be done in advance of a runoff, and for a runoff to be accomplished in its entirety in one block of time, with no large gaps between runs.  We would like to see a complete run-off, start to finish, with no breakdowns or operator intervenement necessary.

When, and how many, of each blank will ITM need?  ITM has been supplied #1 and #4 step drill blanks, and more can be supplied if necessary.  #1MC, #2MC cone drill blanks are ready to ship upon notification.  #3MC cone drill blanks are ready except for three-flat shank grinding.  Would the three-flat grind make any difference to ITM for run-off purposes?

# INTERNATIONAL TOOL MACHINES OF FLORIDA INC.

**USA**
Tel: 001-386-446-0500
Fax: 001-386-445-5700
Email: IITM@pcfl.net



**EUROPE**
Tel: 49-(0)6235-457770
Fax: 49-(0)6235-457771
Email: IITM@pcfl.net

www.itmfl.com

## ADVANTAGE THROUGH KNOWLEDGE

| TO | FROM |
|---|---|
| Doug Custer | Frank Holubeck. |
| COMPANY | DATE: |
| American Tool Company | 1-9-03 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| [1] (402) 683-5800 | 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER. |
| [1] (402) 683-1525 | |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS

Hello Doug,

Following please find a list of items we already have or need to get to run the machine off with #1 and # 4 Unibits:

**Collets (one each):**

Fluting (W12 Schaublin):      ¼" and 3/8"

Clearing (Hardinge C3):      ¼" and 3/8"

Pointing (Hardinge C3):      ¼" and 3/8"

in stock

**Wheel flanges (one each):**

Fluting HSK 63 – Bore 3"

Clearing HSK 63 – Bore 5"

Pointing HSK 50 – Bore 2"

**Attention: One additional flange per station recommended to expedite changeover!**

**Shuttle Grippers (six each):**

#1 Bit:            ¼" shank

#4 Bit:            3/8" shank

**Loader Grippers (one each):**

#1 Bit:            ¼" shank

#4 Bit:            3/8" shank

*in stock*

**Cassettes (21 each):**

Cassettes have ¼" bore on one side and 3/8" bore on other side!

**Loader Transfer Nest (one each):**

#4 Bit:            on machine

#1 Bit:            in preparation

**Pointing Bushing (one each):**

#4 Bit:            on machine          *in stock*

#1 Bit:            in preparation

**Centers for Fluting station (one each):**

Additional Centers in preparation

**Centers for Clearance station (one each):**

Additional Centers in preparation

**Plated Fluting wheels (one each):**

#1 Bit:            on order

#4 Bit:            on order


**Clearance wheels for simultaneous stepping – Swiss made (one each):**

#1 Bit:            on order

#4 Bit:            on order


**Pointing wheels (two each):**

#1 Bit:            in stock                    *in stock*

#4 Bit:            on machine


Please note we strongly recommend that all wheels are properly balanced before they are used on the machine. Unbalanced wheels can cause premature spindle failure, voiding the manufactures warrantee. It can also be the cause for poor tool quality.

Finally I would like to let you know that we are planning to run the machine with the step-by-step clearance set-up until we receive the wider wheels from Switzerland.

I hope we have everything in order now and can complete this project without further delays.


Please don't hesitate to call me if you have any questions.


Sincerely,

Frank Holubeck



**INTERNATIONAL TOOL MACHINES OF FLORIDA**

5 INDUSTRY [
PALM COAST, FL 3'
U
TEL: (386) 446-
FAX: (386) 445-
EMAIL: IITM@PCFI
WWW.ITMFL.

Thursday, January 16, 2003

Doug Custer
American Tool Company
108 South Pear Street
DeWitt, NE  68341
United States of America

Dear Doug:

Enclosed please find a sample Step Drill that was produced on the MSG Step Drill Machine. The cycle time for all grinding operations and loading was 2min 30sec including the "UFL" point. This is the Drill as it is produced by Vermont American.  They currently make this tool on existing equipment at a cycle time of approx. 5min. However, this time only includes the standard Drill Point, not the "UFL".  As Karl mentioned to you before we already produced a large number of these tools on the MSG machine in fully automatic mode.

Please call if you have any questions.

Sincerely,

Frank Holubeck
Sales & Marketing

PACKING SLIP

Date:        Thursday, January 16, 2003

From:        International Tool Machines of Fl.
             5 Industry Drive
             Palm Coast, FL  32137


SOLD TO:     American Tool Companies          SHIP TO:  SAME
             108 South Pear Street
             DeWitt, NE 68341
             **Attn: Doug Custer**

**Ship via: UPS Red**
**Insurance:**

------------------------------------------------------------------------
------------------------------------------------------------------------

| ITEM NO. | QUANTITY ORDERED | PART/DESCRIPTION | QUANTITY SHIPPED | QTY. B.O. |
|----------|------------------|------------------|------------------|-----------|
| 1.       | 1                | Step Drill Sample | 1               | 0         |

INTERNATIONAL TOOL MACHINES OF FLORIDA INC.



---

## FACSIMILE TRANSMITTAL SHEET

| TO: **Mr. Jim Reindl** | FROM: **Susanne Stoops** |
|---|---|
| COMPANY: **Aeroprecision** | DATE: **February 3, 2003** |
| FAX NUMBER: (302) 654-9981  (2 I 2) 8 2 9 - I 2 3 0 | TOTAL NO. OF PAGES INCLUDING COVER: 1 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

---

notes/Comments:

Dear Jim,

Today we talked with Doug Custer from American Tool in Nebraska and it looks as if after the initial enthusiasm everything is back to square one. Doug Custer does not know where things are going; however, him taking the machine now seems to be out of the question. For the second time now American Tool has pushed us around and it is important to decide whether we should start to file a law suite for breach of contract. Unfortunately we do not have an immediate customer to whom we could sell the machine. Since we cannot get Jeff Stewart on the phone please let me know if you would like to write a letter, or if I should do it.

Sincerely,

Karl H. Giebmanns

Exhibit N

# AMERICAN TOOL
### COMPANIES, INC.

**PURCHASE ORDER**

MSDS SHEETS REQUIRED

Taxable Items

www.americantool.com

Page: 1

Created: APR 04 2002

Name:   ITM
Address: International Tool Machines of Florida Inc
        S Industry Drive
        Palm Coast, FL   32137

PO Number:  032085          Corp PO #:  AR-02-010      Promised:  07/12/02
                            FOB:  ORIGIN                  Code:  J D
Department:                 Terms:  SEE M.O.U.         Ship Via:  SEE BELOW
Confirmed:  No              Freight Options

**SHIP TO:**                            **BILL TO:**
American Tool Co., Inc               American Tool Co., Inc.
108 S. Pear St.                      ATTN: "ACCOUNTS PAYABLE"
DeWitt, Ne.  68341                   Box 337
                                     DeWitt, Ne.  68341

Per Memorandum of Understanding signed by Doug Custer and Karl Giebmanns.

Confirmation of this order is required. Please fax to (402) 683-1575.

| 1.00 | 031357 | | 136063.0000 | 86063.0000 |
| EA | | | EA | |

AR-230-20420-02-010 ITU FILTRATION SYSTEM, MODEL
tAFS-8-200 AS PER MEMORANDUM OF
UNDERSTANDING SIGNED BY DOUG
CUSTER AND KARL GIEBMANNS. DATED
4/1/02

CONTINUED NEXT PAGE

Exhibit O

# AMERICAN TOOL
### COMPANIES, INC.

**PURCHASE ORDER**

MSDS SHEETS REQUIRED

Taxable Items

www.americantool.com

Page 2

Created: APR 04 2002

Name:     ITM
Address:  International Tool Machines of Florida Inc
          5 Industry Drive
          Palm Coast, FL.  32137

PO Number:  032688       Corp I/O #.  AR-02-010       Promised.  07/12/02
                         FOB:  ORIGIN               Code:  J.D.
Department:              Terms:  SEE M.O.U.         Ship Via:  SEE BELOW

. Truck, Contact Lisa First
.402, 683-1525, Ex.  814 For Routing Instructions.

Failure To Contact Lisa Will Result in a Debit Back
On the Difference in Freight Costs.

Notify Jason Detweiler when this arrives in house.

50% downpayment to accompany order = $43,031.50
50% payment due upon approval = $43,031.50

CC: Adrienne Widick, Jason Detweiler, Chris Cole, Karla Hays, Anita Bartels,
Deb Johnson

$ 86063.0000

BY:                                          Debra Johnson

# AMERICAN TOOL
### COMPANIES, INC.

*American Tool Companies, Inc.*
*Memorandum of Understanding*
*International Tool Machines of Florida, Inc..*
*01 April 2002*

This Memorandum of Understanding is to represent both companies mutual understanding of International Tool Machines of Florida, Inc.'s best and final offer to American Tool Companies, Inc. as of the date signed.

American Tool Companies, Inc. agrees to purchase the following Filtration and Refrigerant system for use with grinding High Speed Steel on an ITM Multi-Station Grinder.

**One (1) ITM Filtration System, Model #AFS-8-200**               **$43,216**

**Including:**
- **Automatic enclosed filling system to handle D.E. filter media**

**Coolant Pump**                                                 **$ 4,550**
    -(screw type) to produce 120 liters x 30 bar, 10.2 kw
      (30 gallons x 450 psi, 14 HP)

**Bypass Valves (2)**                                            **$ 1,086**

**Electric Control for Pump**                                    **$  960**

**Flow meter for determination of filter cleaning cycle**        **$ 1,700**

**Optional Sludge Dryer**                                        **$10,854**

**Refrigeration Unit, Model HAV10000 (130,000 BTU at 60 Hz)**    **$21,897**

**Packing and Crating**                                          **$ 1,800**


**Total**                                                        **$86,063**

- Allen Bradley Electrical control components requested


**The following is a listing of criteria that must be agreed upon between American Tool Companies, Inc., and International Tool Machines of Florida, Inc. before a purchase order can be issued.**

1


**AMERICAN TOOL** COMPANIES, INC.

*International Tool Machines of Florida, Inc.*
*Memorandum of Understanding*

### Run-Off Approval

- ITM will do a runoff of each of the 5 parts specified in their agreement at ITM without interruption for 1 hour each, utilizing the filtration system specified in this agreement.

- Once the machine has arrived in DeWitt there will be a second runoff.

### Warranty:

- Warranty shall be for one (1) year parts and labor, beginning upon startup at ATC facility.

### Terms and Conditions of Sale:

- 50% Down payment:       $     43,031.50
  *Due with issuance of Purchase Order*

- 50% Payment:            $     43,031.50
  *Due Upon Approval*

### Delivery:

- Delivery of this filter system to be concurrent with MSG Step Drill Grinder delivery.

### Training:

- Training at ITM facility in Palm Coast until trainees have a complete and total understanding of machine and software programs at no charge. One week training and installation at customer site at no charge.

- Any additional training and installation at customer site charged at ITM's standard daily service charge of $800.00 per day plus expenses.

### ATC's Approval Conditions:

- The above machine must perform all criteria listed above or American Tool Companies, Inc., will require 100% refund of all funds previously paid to International Tool Machines of Florida, Inc. within fifteen (15) days and the order of this machine will be cancelled immediately.

APR-03-2002  16:36       AMERICAN TOOL CO.                402 683 4905    P.10.



**AMERICAN TOOL**
COMPANIES, INC.

*International Tool Machines of Florida, Inc.*
*Memorandum of Understanding*

**Machine Change Authorization:**

- Jason Detweiler will be the only person having the authorization to make any change to this machine or any of its components. This includes any of American Tool Companies part prints. All changes must be made per written notification and must have Jason's signature of approval attached.

This Memorandum of Understanding between American Tool Companies, Inc., and International Tool Machines of Florida, Inc., represents both companies' mutual understanding of International Tool Machines of Florida, Inc.'s best and final offer to American Tool Companies, Inc. as of the date signed.

*This document is confidential and neither American Tool Companies, Inc., nor International Tool Machines of Florida, Inc. shall discuss, disseminate or otherwise disclose this document or its contents to any third party.*

**Agreed by:**

American Tool Companies, Inc.          International Tool Machines of Florida, Inc.

Signature: _Douglass_                  Signature: _____

Print Name: _Doug Custer_              Print Name: _V.H. Giebmans_

Title: _Director_                      Title: _President_

Date: _4/4/02_                         Date: _4/4/02_

3